IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF:                          :
    PHILADELPHIA NEWSPAPERS, LLC
                                                :         CA 09-5214
                                                          BKY. NO. 09-11204
                                                :

**N O T I C E**

       The record on appeal from the Bankruptcy Court in the above captioned case was entered on the docket in this office on 11/10/09 and has been assigned to the Honorable Eduardo C. Robreno.

       The following is the schedule for filing briefs with this office:

       (1)  The Appellant shall serve and file his brief within 15 days after entry of the appeal on the docket.

       (2)  The Appellee shall serve and file his brief within 15 days after service of the brief of the Appellant.

       (3)  The Appellant may serve and file a reply brief within 10 days after service of the brief of the Appellee.

                                                   MICHAEL E. KUNZ
                                                   Clerk of Court

cc:     Anne Marie Aaronson, Esq.; Lawrence G. McMichael, Esq.; Mark K. Thomas, Esq.
         Paul V. Possinger, Esq.; Peter J. Young, Esq.; Richard J. Corbi, Esq.; Andrew Jay Flame, Esq.
         Stephen M. Baldini, Esq.; Alexis Freeman, Esq.; Fred S. Hodara, Esq.; Abid Qureshi, Esq.
         Gerald C. Bender, Esq.; Melanie McLaughlin, Esq.; Orly Nhaissi, Esq.; Joshua P. Weisser,
         Gary M. Schildhorn, Esq.; Brya M. Keilson, Esq.; Ben H. Logan, Esq.; Jennifer Taylor, Esq.
         Michael A. Maricco, Esq.; Geoffrey R. Johnson, Esq.; Lawrence R. Woehrle, Esq.
         Edmond M. George, Esq.; Paul R. Rosen, Esq.; Philadelphia Newspapers, LLC & United
         States Trustee

civ651.frm